### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAKOTA LEWIS DOWNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-890-SLP |
| GRADY COUNTY MEDICAL AND NOETIC STAFF, et al., | ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris M. Stephens [Doc. No. 12]. The Magistrate Judge recommends that the Court dismiss this action without prejudice for Plaintiff's failure to comply with the Court's prior Order [Doc. No. 9] and the Federal Rules of Civil Procedure. *See* R&R [Doc. No. 12] at 1-2. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before December 26, 2024. *Id.* at 3. No objection has been filed, nor has an extension of time in which to object been sought or granted.[1]

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 12] is ADOPTED and this action

---

[1] The docket reflects that the R&R was returned as undeliverable. [Doc. No. 13]. Plaintiff is responsible for providing notice of any change of address to the Court. *See* LCvR5.4(a) (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).

is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

    IT IS SO ORDERED this 3rd day of January, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE